```
USDC SDNY
DOCUMENTS
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

SHELLEY CYNTHIA, on behalf of herself and all others     08 CV 2011 (SHS)
similarly situated,

                           Plaintiff,

                -against-

PHILLIPS & BURNS, LLC                                   **SO ORDERED STIPULATION**
                                                          **OF DISCONTINUANCE**

                           Defendant.

-------------------------------------------------------- X

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party, except the discontinuance is without prejudice with respect to any members of the putative class.

Dated: White Plains, New York
       March 26, 2008

KLEINMAN LLC                            WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP

By: _____          By: _____
Abraham Kleinman (AK-6300)         Thomas A. Leghorn
Attorney for Plaintiff                      Attorneys for Defendant
SHELLEY CYNTHIA                  PHILLIPS & BURNS, LLC
626 RexCorp Plaza                      3 Gannett Drive
Uniondale, New York 11556-0626       White Plains, New York 10604-3407
(516) 522-2621                          (914) 323-7000
                                          Our File No.: 10677.00002

SO ORDERED: 4/8/08
_____
     U.S.D.J.

1934778.1